# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDON WATERS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>AMC NETWORKS, INC.; WE TV; ENTERTAINMENT ONE, LTD.; DATARI TURNER PRODUCTIONS; TAMMY RIVERA WILLIAMS; AND DOES 1-10, inclusive<br><br>　　　　　　　　Defendants. | Case No.: CV 22-5959-DMG (MRWx)<br><br>**ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL [FRCP 41(a)(1)(A)(ii)] [58]** |

Pursuant to the parties' stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

DATED: July 6, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE